IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DANIEL LABRAKE,<br>    Petitioner,<br><br>    v.<br><br>PAUL STOWITZKY, *et al.*,<br>    Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     CIVIL ACTION<br><br>NO. 07-00212 |

## Order

YOHN, J.

    And now, this 3d day of September 2009, upon careful consideration of Daniel LeBrake's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the respondent's response, the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, and petitioner's objections thereto, and the respondent's response, it is hereby **ORDERED** that:

1. Petitioner's objections are **OVERRULED**;[1]

2. The Recommendation of United States Magistrate Judge Henry S. Perkin is **APPROVED**;

3. The petition for writ of habeas corpus is **DISMISSED** and **DENIED**;

4. The Clerk shall **CLOSE** this case for statistical purposes; and

5. Petitioner having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability.

                                                      s/ William H. Yohn Jr., Judge
                                                      William H. Yohn Jr., Judge

---

[1] Petitioner's objection as to the application of *Stone v. Powell* is sustained, but, as discussed in the memorandum accompanying this order, the remainder of that objection is overruled on the merits.